# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal Docket no. 01-cr-25-P-S |
| GARRY JULIEN, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER APPOINTING COUNSEL

Before the Court is Defendant's *pro se* Motion Under 18 U.S.C. § 3582(c) (Docket # 124). Having conducted an initial review of the Motion and the record, the Court has determined that the Defendant may be entitled to a reduction in sentence once the revision of U.S.S.G § 1B1.10 becomes effective on March 3, 2008. Therefore, the Court hereby APPOINTS COUNSEL to assist the Defendant in connection with all proceedings related to this Motion.

SO ORDERED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 19th day of December, 2007.