# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal Docket no. 01-cr-25-P-S |
| GARRY JULIEN, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON SUPPLEMENTAL MOTION

Before the Court is Defendant's *pro se* Supplemental Motion to the Motion Under 18 U.S.C. § 3582(c) (Docket # 129). Defendant appears to have drafted this *pro se* Supplemental Motion before receiving notice that the Court had appointed counsel to assist him with his request for a sentence reduction. To the extent that the Supplemental Motion simply presents additional arguments to support the request for a sentence reduction, the Court will address the Supplemental Motion in accordance with the December 21, 2007 Scheduling Order (Docket # 126). Thus, any response by the Government should be filed in accordance with the Scheduling Order deadlines.

SO ORDERED.

/s/ George Z. Singal  
Chief U.S. District Judge

Dated this 3rd day of January, 2008.